UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LACI SANGDER,

                Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CASE NO. C23-6076-BAT

**ORDER REGARDING LENGTH OF BRIEFS**

Pursuant to the Court's scheduling order, opening and responsive briefs are limited to 18 pages. Dkt. 8. Plaintiff filed an opening brief that ends on page 21. Excluding the caption, the opening brief would end on page 20. Dkt. 13. Although Plaintiff failed to move for permission to file an overlength brief the Court ORDERS:

    1.    The Commissioner may file a response no longer than 20 pages.

    2.    Plaintiff's reply brief shall be no longer than 9 pages.

    3.    The parties are reminded that briefs that do not conform to the Court's scheduling order may be stricken.

DATED this 1st day of April, 2024.

                                                                  BRIAN A. TSUCHIDA
                                                                   United States Magistrate Judge

ORDER REGARDING LENGTH OF BRIEFS - 1